

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,447-01

## IN RE STATE OF TEXAS, EX REL. SHAREN WILSON, Relator

## ON PETITION FOR A WRIT OF MANDAMUS
## IN CAUSE NO. 1287820X1
## IN THE COUNTY CRIMINAL COURT NO. 10 FROM TARRANT COUNTY

*Per curiam.*

## O R D E R

Relator filed a petition for a writ of mandamus pursuant to the original jurisdiction of this Court. The petition requests that we issue a writ of mandamus in the underlying case, ordering the statutory county court to reform its judgment, which ordered less than the full amount of a bail bond, to reflect the full amount of the bond.

Relator does not show that she brought this action to the intermediate court of appeals, therefore the Court denies leave to file the application. *See Padilla v. McDaniel,* 122 S.W.3d 805 (Tex. Crim. App. 2003); TEXAS GOV'T CODE §22.221(b)(1)(West 2017)(effective Sept. 1, 2017).

Filed: October 25, 2017
Do Not Publish